UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -6 AM 11: 12

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR597-003 |
| ) | |
| RONNIE LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court are Defendant Ronnie Lee Williams's Motion for Reconsideration (Doc. 1892) and "Request for Excusable Neglect (Doc. 1893)," which this Court construes as a Motion for Extension of Time to file a motion for reconsideration. After careful consideration, Defendant's Motion for Extension of Time is **GRANTED** and Defendant's Motion for Reconsideration is **DENIED**.

On March 14, 2008, Defendant filed a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offenses. (Doc. 1849.) In its July 21, 2008 Order, this Court denied Defendant's Motion because his statutory minimum sentence was life imprisonment. (Doc. 1876.) In response, Defendant filed the Motions presently before the Court. In his Motion for Extension of Time, Defendant states that he was unable to work on his Motion for Reconsideration because the correctional facility he was housed at was "locked down" on July 29, 2008 due to a serious assault. (Doc. 1893.) Defendant alleges that,

even after the "lock down" was lifted, increased security procedures at the prison prevented him from preparing his Motion. (Id.) In support, Defendant has provided the Court with a Memorandum, from the facility's warden to the inmate population, explaining the reasons for the "lock down" and increased security measures. (Id., Ex. A.) After careful consideration, Defendant's Motion for Extension of Time is **GRANTED** because the Court finds that an extension in warranted under Federal Rule of Appellate Procedure 4(b)(4). Therefore, Defendant's Motion for Reconsideration, dated September 3, 2008, is timely with respect to this Court's July 21, 2008 Order.

In his Motion for Reconsideration, Defendant reiterates his prior argument that he is entitled to a reduced sentence based on the 2007 amendment to the sentencing guidelines for crack cocaine offenses. (Doc. 1892.) After careful consideration, the Court finds no reason to disturb its prior Order. Accordingly, Defendant's Motion for Reconsideration is **DENIED**.

SO ORDERED this 6th day of April, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2