UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AUG -3 2015
CLERK
SO. DIST. OF GA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:97-cr-00003-2 |
| Ronnie Lee Williams ) | USM No: 09468-021 |
| Date of Original Judgment: December 16, 1997 ) | Stephen G. Scarlett |
| Date of Previous Amended Judgment: ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   December 16, 1997,   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Aug. 3, 2015

_____
Judge's signature

William T. Moore, Jr.
Effective Date: _____    Judge, U.S. District Court
*(if different from order date)*                              Printed name and title