IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 5:97-cr-00003-2
)
Ronnie Lee Williams, )
Defendant. )
)
)

## ORDER

Defendant Williams has filed a Motion for Resentencing Pursuant to Section 404 of the First Step Act.

The Court has reviewed Defendant's case and notes he was sentenced to a mandatory term of life imprisonment by virtue of the quantity of cocaine base for which he was held accountable, and the fact that his statutory penalties were enhanced pursuant to 21 U.S.C. § 851 due to two prior felony drug convictions. The First Step Act of 2018, which made retroactive the more lenient mandatory minimum statutory penalties found at 21 U.S.C. § 841(a), as established by the Fair Sentencing Act of 2010, does not render Defendant eligible for a sentence reduction. At sentencing, Defendant was appropriately attributed with 1.5 kilograms of cocaine base, which continues to mandate a term of life imprisonment, when coupled with the 21 U.S.C. § 851 enhancement, even in the wake of the First Step Act.

Based on the foregoing, Defendant's motion is **DENIED**.

SO ORDERED this 28th day of JANUARY 2019.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT