# United States District Court
# for the Southern District of Georgia
# Waycross Division

UNITED STATES OF AMERICA,

v.

RONNIE LEE WILLIAMS,

    Defendant.

CR 597-003-2

## ORDER

Before the Court is Defendant Ronnie Williams's second motion for a sentence reduction pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and (c)(2).

To the extent Defendant seeks a sentence reduction based on compassionate release, Defendant has not demonstrated that he has exhausted his administrative remedies or that such remedies were unavailable to him. See Dkt. No. 2251; see also 18 U.S.C. § 3582(c)(1)(A). His motion is therefore **DISMISSED**.

Further, to the extent Defendant seeks a sentence reduction based on Amendment 821 to the U.S. Sentencing Guidelines, the Court has already found that Amendment 821 does not have the effect of lowering Defendant's guideline range. See Dkt. No. 2253. His motion is therefore **DENIED**.

**SO ORDERED**, this 20 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA